EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Héctor A. Tosado Arocho | 2012 TSPR 38<br><br>184 DPR \_\_\_\_ |

Número del Caso: TS-9009

Fecha: 2 de marzo de 2012

Abogada de la Parte Peticionaria:

       Lcdo. Rafael Ocasio Rivera

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Héctor A. Tosado Arocho

TS-9009


RESOLUCIÓN


En San Juan, Puerto Rico, a 2 de marzo de 2012.

Evaluada la "Moción solicitando orden" y "Moción" que presentó el peticionario, se ordena la reinstalación del Sr. Héctor A. Tosado Arocho a la práctica de la abogacía. Se declara no ha lugar la solicitud para la reinstalación a la práctica de la notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo